**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 3, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00627-CV

### IN THE ESTATE OF LILLIE A. BURROUGHS, Deceased

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 396,576-401**

## M E M O R A N D U M   O P I N I O N

Appellee, Gary W. Burroughs, has filed a motion to dismiss this appeal on the grounds appellant, Robert Burroughs, lacks standing. Robert Burroughs filed the notice of appeal in his capacity as the independent executor of the Estate of Lillie A. Burroughs, Deceased, but was subsequently removed as independent executor. Robert Burroughs did not file an amended notice of appeal in his individual capacity. *See* Tex. R. App. P. 25.1(g).

On November 16, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal unless, on or before December 3, 2012, a response was filed showing meritorious grounds for continuing the appeal. Appellant has not filed a response that demonstrates grounds to continue the appeal. Accordingly, appellee's motion to dismiss is granted and the appeal is ordered dismissed.

Appellant's pending motion to extend time to file his brief is denied as moot.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.